# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SARITH S. CHAN, | |
| Petitioner, | Case No. C12-847-RAJ |
| v. | ORDER |
| DEPARTMENT OF HOMELAND SECURITY, NATHALIE ASHER, Field Office Director, NORTHWEST DETENTION CENTER, | |
| Respondents. | |

The court has reviewed the Report & Recommendation ("R&R") (Dkt. # 4) of the Honorable James P. Donohue, United States Magistrate Judge. The R&R recommends that the court deny Petitioner's motion for an emergency stay of removal because the court lacks subject matter jurisdiction. The R&R declares that Petitioner is subject to a final order of removal dated May 19, 1998, and that 8 U.S.C. § 1252 strips this court of jurisdiction to review actions taken to enforce that order.

This court is currently unable to verify whether Petitioner is subject to a final order of removal and the legal basis for that order of removal. Moreover, while the R&R may be correct in its assumption that Petitioner has opened an impermissible collateral attack on his removal

TEMPORARY RESTRAINING ORDER - 1

order, the court currently has no way of verifying the nature of the collateral attack. The court is therefore unable to determine whether the jurisdiction-stripping provisions of 8 U.S.C. § 1252 apply. Accordingly, the court is unable to verify whether it has subject matter jurisdiction. The court notes that it has, at a minimum, subject matter jurisdiction to decide whether the jurisdiction-stripping procedures of 8 U.S.C. § 1252 apply.

Nonetheless, Petitioner cannot obtain injunctive relief without establishing at least a possibility of success on the merits of his claim. Petitioner claims that he has asked the "Board of Immigration" to reopen his claim on the basis that he is a citizen of the United States. Petitioner provides no evidence or other basis for the court to believe he has any possibility of succeeding on that claim or any other claim for relief. Accordingly, while the court declines to adopt the R&R, the court will not grant an emergency stay of removal on the facts now before the court.

The court declines to adopt the R&R, but nonetheless DENIES Petitioner's motion for an emergency stay of removal. The court refers this action back to Judge Donohue for further proceedings.

DATED this 17th day of May, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

TEMPORARY RESTRAINING ORDER - 2