HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARITH S. CHAN,

    Petitioner,

    v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Respondents.

CASE NO. C12-847RAJ

ORDER

    This matter comes before the court on two Reports and Recommendations from the Honorable James P. Donohue, United States Magistrate Judge. Dkt. # 15. The R&R recommends that the court deny the instant habeas petition as moot, because Petitioner has been removed from this country to Malaysia. No one has objected to the R&R.

    The court ADOPTS the R&R, directs the clerk to DISMISS this action as moot, and to enter judgment for Respondents.

    DATED this 11th day of October, 2012.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1