HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SARITH S. CHAN,

    Petitioner,

    v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Respondents.

CASE NO. C12-847RAJ

ORDER

This matter comes before the court on two Reports and Recommendations from the Honorable James P. Donohue, United States Magistrate Judge.  Dkt. # 15.  The R&R recommends that the court deny the instant habeas petition as moot, because Petitioner has been removed from this country to Malaysia.  No one has objected to the R&R.

The court ADOPTS the R&R, directs the clerk to DISMISS this action as moot, and to enter judgment for Respondents.

DATED this 11th day of October, 2012.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1